UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 4:23-cr-0021-RDP-SGC |
| ) | |
| **MARCUS SPANEVELO,** ) | |
|     **Defendant.** ) | |

### <u>UNITED STATES' NOTICE REGARDING THE DEATH PENALTY</u>

The United States hereby provides notice that it will not seek the death penalty against Defendant Marcus Spanevelo.

Respectfully submitted, this the 27th day of February 2023.

                                           PRIM F. ESCALONA
                                           United States Attorney

                                           <u>*/s/ Alan Baty*</u>
                                           ALAN BATY
                                           Assistant United States Attorney

                                           <u>*/s/ William G. Simpson*</u>
                                           WILLIAM G. SIMPSON
                                           Assistant United States Attorney

                                           <u>*/s/ John C. Camp*</u>
                                           JOHN C. CAMP
                                           Assistant United States Attorney

ADDRESS OF COUNSEL:

United States Attorney's Office
1801 Fourth Avenue North
Birmingham, AL 35203
Telephone:  (205) 244-2001

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I submitted the foregoing to the Court via the CM/ECF system, which will serve a copy on all counsel of record.

                                              */s/ Alan Baty*
                                              ALAN BATY
                                              Assistant United States Attorney