# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:23-cr-00021-RDP-SGC |
| MARCUS SPANEVELO, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the defendant's motion seeking a 60-day extension of the deadline for the Government to decide whether to seek the death penalty. (Doc. 53). The defendant seeks the extension so his counsel may have adequate time to make a meaningful presentation to the U.S. Department of Justice's Capital Review Committee. For good cause shown, the court **GRANTS** the request. The court **DIRECTS** that on or before September 5, 2025, the Government shall (1) file a notice under 18 U.S.C. § 3593(a) that it will seek the death penalty or (2) notify the court and the defendant it will not seek the death penalty.

The court construes the defendant's motion to seek a continuance of this case more generally, as well. The court determines the ends of justice served by granting a further continuance in this case outweigh the interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Therefore, the court **GRANTS** the request for a continuance and **CONTINUES** this case through and including September 5, 2025. The period of delay resulting from this continuance

shall be excluded in computing the time within which the defendant must be brought to trial, pursuant to § 3161(h)(7). The court will consider the need to grant an additional continuance after receipt of the notice described above.

**DONE** this 8th day of April, 2025.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE